IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHELLE HARDIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. CIV-04-421-C |
| | ) |
| FIRST CASH FINANCIAL SERVICES, | ) |
| INC., d/b/a FIRST CASH AUTO PAWN, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Consistent with the mandate issued by the Tenth Circuit (Dkt. No. 58) in this case, the Court hereby ORDERS the parties to arbitrate their claims pursuant to the Dispute Resolution Agreement distributed to Plaintiff by Defendant in December 2002. This action is STAYED pending the outcome of that arbitration.

IT IS SO ORDERED this 11th day of December, 2006.

ROBIN J. CAUTHRON
United States District Judge